(August 19, 2004)

■ In the Matter of ERIC L. DEBERRY et al., Respondents, v MICHAEL DUVALLE et al., Appellants, et al., Respondent. [780 NYS2d 742]—In a proceeding pursuant to Election Law § 16-102, inter alia, to invalidate a petition designating Michael Duvalle as a candidate in a primary election to be held on September 14, 2004, for the nomination of the Democratic Party as its candidate for the public office of Member of the Assembly, 31st Assembly District, and Garth Marchant, Deborah Jones, and Leroy Gray as candidates in a primary election to be held on September 14, 2004, for the Democratic Party positions of Assembly District Leader (Male), Assembly District Leader (Female), and Male Member of the Democratic Party State Committee, 31st Assembly District, respectively, in which a cross petition was asserted to validate the designating petition, Michael Duvalle, Garth Marchant, Deborah Jones, and Leroy Gray appeal, as limited by their brief, from so much of a final order of the Supreme Court, Queens County (Schulman, J.), dated August 9, 2004, as denied the cross petition to validate the designating petition.

Ordered that the final order is affirmed insofar as appealed from, without costs or disbursements.

The Supreme Court properly denied the cross petition. The record before this Court evinces that the appellants abandoned their cross petition when they instituted a separate proceeding to validate, seeking the same relief (*see Matter of Gershel v Porr,* 89 NY2d 327 [1996]). Prudenti, P.J., Luciano, Schmidt and Adams, JJ., concur.